| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

In Re:

Case No.: _____

Judge: _____

Chapter: _____

Recommended Local Form:    ☐ Followed    ☐ Modified

### APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, _____, is the

    ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional_____ PA
   to serve as: with offices at: 109 Haddon Ave, Haddonfield, NJ 08033
   Phone: 856-795-1606; Fax: 856-795-9469

    ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

        ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee    ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor  ☐ Appraiser  ☐ Special Counsel

☐ Auctioneer ☐ Other (specify):_____

3. The employment of the professional is necessary because:

_____

_____

_____

```
for all matters, including the litigation filed by the
Debtor under adversary no. 10-1094
```
4. The professional has been selected because:

_____

_____

_____

5. The professional services to be rendered are as follows:

_____

_____

_____

6. The proposed arrangement for compensation is as follows:

_____

_____

_____

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☐ None

    ☐ Describe connection:_____
    _____
    _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

    ☐ does not hold an adverse interest to the estate.

    ☐ does not represent an adverse interest to the estate.

    ☐ is a disinterested person under 11 U.S.C. § 101(14).

    ☐ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

    ☐ Other; explain:
    _____
    _____
    _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

    _____
    _____
    _____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: _____    _____
                                                                Signature of Applicant

                                                                _____
                                                                Name of Applicant

05/13/05;jml